IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-00593-WYD-KLM

HATTIE LEE TAYLOR,

    Plaintiff,

v.

OM FINANCIAL LIFE INSURANCE COMPANY, also known and formerly doing business as FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, or F & G INSURANCE,

    Defendant.

## ORDER OF PARTIAL DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Partial Dismissal with Prejudice (ECF No. 18). After a careful review of the Stipulation and file, it is

ORDERED that the Stipulation for Partial Dismissal with Prejudice is **APPROVED**. All claims for deceptive trade practices under the Colorado Consumer Protection Act (C.R.S. § 6-1-101, *et seq.*), including Plaintiff's Third Claim for Relief, are **DISMISSED WITH PREJUDICE**, each party to bear her or its own attorney fees and costs with respect to such claims.

    Dated: July 19, 2010

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Chief United States District Judge