IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00593-WYD-KLM

HATTIE LEE TAYLOR,

    Plaintiff,

v.

OM FINANCIAL LIFE INSURANCE COMPANY, also known and formerly doing business
as FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, or F & G INSURANCE,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

        This matter is before the Court on Plaintiff's **Motion to File Amended Complaint**
[Docket No. 20; Filed August 2, 2010] (the "Motion").  As a preliminary matter, the Motion
is single-spaced in violation of D.C.COLO.LCivR 10.1E.  It is subject to denial on this basis
alone.  In addition, Plaintiff's counsel failed to meaningfully comply with D.C.COLO.LCivR
7.1A. requiring that the moving party confer and inform the Court of the opposing party's
position.  Waiting until the pleading amendment deadline to confer and not giving the
opposing party sufficient time to consider the matter offends the spirit and purpose of Local
Rule 7.1A.  The necessity of meeting a case deadline does not obviate a party's
responsibility to meaningfully confer pursuant to the rule.

        IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.

        IT IS FURTHER **ORDERED** that the Court *sua sponte* extends the pleading
amendment deadline to **August 6, 2010**.  Any future motion to amend Plaintiff's pleadings
must comply with case deadlines and all Local Rules or it will be summarily denied.

Dated:  August 3, 2010