IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00593-WYD-KLM

HATTIE LEE TAYLOR,

    Plaintiff,

v.

OM FINANCIAL LIFE INSURANCE COMPANY, also known and formerly doing business as FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, or F & G INSURANCE,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **[Second] Motion to File Amended Complaint Unopposed** [Docket No. 23; Filed August 6, 2010] (the "Motion"). The Court denied Plaintiff's previous motion for failure to comply with D.C.COLO.LCivR 10.1E. and 7.1.A. The Motion continues to be singled spaced.

    IT IS HEREBY **ORDERED** that the Motion is **STRICKEN** for failure to comply with Local Rule 10.1E.

Dated: August 6, 2010