IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00593-WYD-KLM

HATTIE LEE TAYLOR,

    Plaintiff,

v.

OM FINANCIAL LIFE INSURANCE COMPANY, also known and formerly doing business as FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, or F & G INSURANCE,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **[Third] Motion to File Amended Complaint Unopposed** [Docket No. 26; Filed August 6, 2010] (the "Motion"). Given that the Motion is timely and unopposed,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Court accepts the Amended Complaint [Docket No. 26-1] for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Defendant shall answer or otherwise respond to the Amended Complaint on or before **August 30, 2010**.

Dated: August 9, 2010