IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-00593-WYD-KLM

HATTIE LEE TAYLOR,

    Plaintiff,

v.

OM FINANCIAL LIFE INSURANCE COMPANY, also known and formerly doing business as FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, or F & G INSURANCE,

    Defendant.

## ORDER OF DISMISSAL

The Court, having reviewed the parties' Stipulated Motion for Dismissal with Prejudice, and otherwise being fully advised in the premises:

HEREBY ORDERS that the Stipulated Motion for Dismissal (ECF No. 35) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own costs and fees.

    Dated: September 27, 2010

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge